IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01594-PAB-KLM

RICKI VINCENT,

    Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [Docket No. 7; Filed June 29, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's proposed Second Amended Complaint [Docket No. 7-1] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that the caption in this case is amended to terminate Securian Financial Group, Inc. as a Defendant and to add Minnesota Life Insurance Company as a Defendant. The caption shall henceforth appear as it does above.

IT IS FURTHER **ORDERED** that Defendant Minnesota Life Insurance Company shall answer or otherwise respond to Plaintiff's Second Amended Complaint on or before **July 25, 2011**.

Dated:  June 29, 2011