IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01594-PAB-KLM

RICKI VINCENT,

    Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY, a Minnesota Corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

This matter is before the Court on the Stipulated Motion to Dismiss All Claims With Prejudice [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Stipulated Motion to Dismiss All Claims With Prejudice [Docket No. 22] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 17, 2012.

                                                BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge